```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
PAULINE GRIFFIN,                       :
                                       :
                    Plaintiff,         :              ORDER
                                       :
            -against-                  :        10-CV-1482 (DLI)
                                       :
MICHAEL J. ASTRUE                      :
Commissioner of Social Security,       :
                                       :
                    Defendant.         :
-------------------------------------------------------x
```

**DORA L. IRIZARRY, U.S. District Judge:**

Plaintiff, through counsel, filed the complaint on April 2, 2010. Upon review of Plaintiff's complaint and application to proceed in forma pauperis, it is hereby

ORDERED that Plaintiff is granted leave to proceed without being required to prepay fees or costs, or give security therefor; and it is further hereby

ORDERED that the Clerk of this Court shall forward to the United States Marshal's Office for the Eastern District of New York copies of Plaintiff's summons and complaint. The Marshal is directed to serve the summons and complaint upon the Defendant without prepayment of fees.

The parties are directed to adhere to the following procedures for expediting the disposition of Social Security cases:

(1) Defendant shall obtain and serve upon the plaintiff the administrative record of the proceedings, along with its answer, within ninety (90) days of commencement of this action. If Defendant is unable to file the record by that date, then Defendant shall notify the Court in writing by that date. Such notification must include a request for an extension that specifies a date and demonstrates the good cause for the extension,

including the date the administrative record was requested, whether or not it has been received, and the most recent efforts made to obtain it.

(2) Defendant shall move for judgment on the pleadings, unless otherwise directed by the Court, within the next sixty (60) days by service of motion papers upon plaintiff. If this is not possible, the Court shall be notified in writing by that date. Such notification shall include a request for an extension that specifies a date and demonstrates good cause for the extension.

(3) Plaintiff's response papers shall be served upon defendant within thirty (30) days thereafter. If this is not possible, the Court shall be notified in writing by that date. Such notification shall include a request for an extension that specifies a date and demonstrates good cause for the extension.

(4) Within fifteen (15) days of receipt of plaintiff's response, defendant shall serve its reply on plaintiff, and will also file the entire set of motion papers and the administrative record with the Court.

The parties are reminded that Electronic Case Filing (ECF) is mandatory. All filings must be made via ecf; hard courtesy copies must be submitted to chambers.

SO ORDERED.

DATED: Brooklyn, New York
April 12, 2010

/S/
_____
DORA L. IRIZARRY
United States District Judge